[Civil No. 601.]

A. J. Daggs et al., Appellants, v. THOMPSON WALKER et al., Appellees.

APPEAL from the District Court of the Third Judicial District in and for the County of Maricopa. A. C. Baker, Judge.

A. J. Daggs, for Appellants.

Millay & Bennett, for Appellees.

January 18, 1898.   Dismissed.

---

[Civil No. 613.]

WILLIAM H. SUTHERLAND, Appellant, v. F. B. MALDO-NADO, Appellee.

APPEAL from the District Court of the Second Judicial District in and for the County of Pinal.   Owen T. Rouse, Judge.

No appearance for Appellant.

S. M. Franklin, for Appellee.

January 18, 1898.   Affirmed.

---

[Civil No. 589.]

WILLIAM M. BILLUPS, Plaintiff in Error, v. SETH J. JOHNSON et al., Defendants in Error.

ERROR to the District Court of the Third Judicial District in and for the County of Maricopa.   A. C. Baker, Judge.

R. E. Daggs and A. J. Daggs, for Plaintiff in Error.

W. H. Stilwell, for Defendants in Error.

January 19, 1898.   Dismissed.